LLOYD STEVENS, Respondent, *v.* VAN WAGONER-LINN CONSTRUCTION COMPANY, Appellant.

*Stevens* v. *Van Wagoner-Linn Construction Co.*, 165 App. Div. 44, appeal dismissed.
(Submitted June 7, 1915; decided June 15, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1915, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the action was one to recover wages, salary or compensation for services; that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*George E. Blackwell* for motion.

*Franz Neilson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.